The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

KARINA REVENKO, on her own behalf and on behalf of others similarly situated,

                        Plaintiff,

        v.

FASHION NOVA, LLC d/b/a FASHION NOVA,

                        Defendant.

Case No. 3:26-cv-05543-BHS

**NOTICE OF MOTION RENOTED**

DEFENDANT FASHION NOVA, LLC'S MOTION TO COMPEL ARBITRATION

ORIGINAL NOTE ON MOTION CALENDAR:
July 21, 2026

**RENOTE ON MOTION CALENDAR:**
July 28, 2026

TO:          THE CLERK OF THE COURT

AND TO:      PLAINTIFF AND ITS COUNSEL OF RECORD

        Pursuant to LCR 7(l), Defendant Fashion Nova, LLC hereby renotes its Motion to Compel Arbitration (Dkt # 10) for July 28, 2026.

NOTICE OF MOTION RENOTED - 1
Case No. 3:26-cv-05543-BHS

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington 98104
(206) 749-0500

DATED: July 1, 2026.

**FENNEMORE CRAIG, P.C.**

By:    /s/ Michael E. Chait
Michael E. Chait, WSBA #48842
999 Third Avenue, Suite 600
Seattle, Washington 98104
Telephone:  206.749.0500
Facsimile:   206.749.0600
Email: mchait@fennemorelaw.com

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

Mark S. Eisen (*pro hac vice admitted*)
711 S. Wacker Drive, Suite 1600
Chicago, IL 60606
Telephone: 312-212-4956
Email: meisen@beneschlaw.com

*Attorneys for Defendant Fashion Nova, LLC d/b/a Fashion Nova*

NOTICE OF MOTION RENOTED - 2
Case No. 3:26-cv-05543-BHS

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 600
Seattle, Washington 98104
(206) 749-0500

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the State of Washington that on this date, I caused a true and correct copy of the foregoing document to be served on the following in the manner(s) indicated:

| | |
|---|---|
| Timothy W. Emery, WSBA #34078<br>M. Anderson Berry, WSBA #63160<br>Gregory Haroutunian (*Pro hac Vice Forthcoming*)<br>Brandon P. Jack (*Pro hac Vice Forthcoming*)<br>**EMERY REDDY, PC**<br>600 Steward Street, Suite 1100<br>Seattle, WA 98101<br>Tel: (916) 823-6955<br>Email: anderson@emeryreddy.com<br>Email: gregory@emeryreddy.com<br>Email: brandon@emeryreddy.com<br>Email: tim@emeryreddy.com | ☒ Via E-Filing<br>☐ Via Legal Messenger<br>☐ Via Email<br>☐ Via U.S. Mail<br>☐ Via Fax |
| Leslie Pescia (*Pro hac Vice Forthcoming*)<br>Rachel Minder (*Pro hac Vice Forthcoming*)<br>**SIRI & GLIMSTAD LLP**<br>745 Fifth Avenue, Suite 500<br>New York, NY 10151<br>Tel: (212) 532-1091<br>Email: lpescia@sirillp.com<br>Email: rminder@sirillp.com | ☒ Via E-Filing<br>☐ Via Legal Messenger<br>☐ Via Email<br>☐ Via U.S. Mail<br>☐ Via Fax |
| Alayne Gobeille (*Pro hac Vice Forthcoming*)<br>**SIRI & GLIMSTAD LLP**<br>1025 Thomas Jefferson Street, N.W.<br>Washington, D.C. 20007<br>Tel: (929) 783-8436<br>Email: agobeille@sirillp.com | ☒ Via E-Filing<br>☐ Via Legal Messenger<br>☐ Via Email<br>☐ Via U.S. Mail<br>☐ Via Fax |

*Attorneys for Plaintiff*

DATED this 1st day of July, 2026 at Seattle, Washington.

_____
Xiaoshi Zhang

CERTIFICATE OF SERVICE
Case No. 3:26-cv-05543-BHS

**FENNEMORE CRAIG, P.C.**
999 Third Avenue Suite 900
Seattle, Washington 98104
(206) 749-0500